Court of Appeals No. 04-15-000 2015 MAY 26 AM 11:46
Trial Court Case No. 2014-CI-12457

John M Donoine

Appellant

V

Perla Dominguez;

Kevin Nakata;

In their individual capacities.

Appellees

§  IN THE FOURTH DISTRICT

§

§

§  Court of Appeals

§

§

§

§  San Antonio, Texas


## Motion for Time Extension


To the Honorable Fourth Court:

Comes now, John M Donoine, Appellant, pro se, and files this Motion for Extension of time to file Appellant's Brief, and will show the Court:


### I

Appellant's Brief is due by May 29, 2015 in the above sitled and numbered cause. Appellant has not recieved the Trial Court Clerk's Record as of this date, May 20, 2015. The Court of Appeals has stated there is no Reporter's Record.


### II

Pursuant to Rules 10.5(a)(6), 35.3(a)(c), 35.6(d), Rules of Appellate Procedure. Appellant requests a twenty (20) day time extension, contingent on receipt of Clerk's Record,

(1)

MOTION FOR TIME EXT. CONT.

REVISING THE DUE DATE FOR APPELLANTS' BRIEF TO, ON OR BEFORE
JUNE 18, 2015.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, APPELLANT RESPECTFULLY
PRAYS THAT THE HONORABLE COURT WILL CONSIDER AND GRANT
APPELLANTS' FOREGOING MOTION.

RESPECTFULLY SUBMITTED,

John M Donahue, PRO SE
APPELLANT
DUNCAN UNIT 1855073
1532 SOUTH 1ST ST
DIBOLL, TX 75941

### VERIFICATION

I, JOHN M DONAHUE, UNDER PENALTY OF PERJURY,
VERIFY AND DECLARE THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON THIS THE 20TH DAY OF MAY, 2015

John M Donahue, PRO SE
APPELLANT

Motion for time ext. - cont.

Certificate of Service

I certify that the foregoing Motion for time
Extension was sent via 1st Class US mail on May 20, 2015, to:

1. Perla Dominguez and Levin Nakata, c/o Mark Kosanovich
   SBN 00788754, P.O. Box 831121, San Antonio TX 78283-1121

John M. _____, pro se
Appellant

Legal mail

7820558027

J. Donald 1955073
Duncan Unit
1502 South 1st St
Diboll TX 75941

Fourth Court of Appeals
300 Dolorosa, Ste 3200
San Antonio TX 78205-3013